# EXHIBIT(S) RETURNED FORM

Date: __1/26/2021__

Style: __Ex parte Cedric Richardson__

Cause No(s): __1503620D__

Appeal No(s): __02-19-00478-CR__

I have received the following exhibit(s) or PSI from the Second Court of Appeals:

Exhibit(s) Description: __State's Exhibits 155, 103, 187, 199, 188, and 165.__

Received By: _Tina Shiro_               Dept: _DISTRICT CLERK  1-26-21_
(SIGN)

_TINA SHIRO_                              Date Rec'd: _1-26-21_
(PRINT)

Note: Please sign and return this form to Clerk, Second Court of Appeals, Tim Curry Criminal Justice Center, 401 W. Belknap, Suite 9000, Fort Worth, Texas, 76196-0211.